## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 cv 4027                                               Purchased/Filed: May 23, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al.*     Plaintiff

against

*Becom Real, Inc.*     Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ May 29, 2007 _____, at ___ 2:00 pm ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint (along with a copy of the Judge and Magistrates' individual rules)

on

_____ Becom Real, Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__   Approx. Wt: __118__   Approx. Ht: __5'__
Color of skin: __White__   Hair color: __Brown__   Sex: __F__   Other: _____

Sworn to before me on this

__31st__ day of _____ May, 2007 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704588

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**