STATE OF NEW YORK       )
                        :SS.:
COUNTY OF NEW YORK      )

      VIPIN VARGHESE, being sworn, says: I am not a party to the action, am over 18 years of age and reside in BROOKLYN, NEW YORK.

      On the 5th day of June, 2007, I served the within **ORDER FOR INITIAL PRETRIAL CONFERENCE** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   Becom Real, Inc.
       752 Pomander Walk
       Teaneck, NJ 07666

                                                                               VIPIN VARGHESE

Sworn to before me this
5th day of June, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 20__