STATE OF NEW YORK     )
                                       :SS.:
COUNTY OF NEW YORK  )


      ALLISON ROTHMAN, being duly sworn, deposes and says: I am not a party to the action, am over

18 years of age and reside in Queens, New York.  On the 24th day of July, 2007, I served the plaintiffs'

**NOTICE OF MOTION** and **SUPPORTING DOCUMENTATION** to the following party by

depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and

custody of the United States Postal Service within New York State, addressed to the following person at the

last known address set forth after the name below:


TO:    Becom Real, Inc.
       752 Pomander Walk
       Teaneck, NJ 07666


                                      ALLISON ROTHMAN


Sworn to before me this
24th day of July, 2007


NOTARY PUBLIC

**JASON FUIMAN**
**Notary Public, State of New York**
**No.02FU6104740**
**Qualified in New York County**
**Commission Expires January 26, 20__**