STATE OF NEW YORK    )
                     :SS.:
COUNTY OF NEW YORK   )

IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 23rd day of August, 2007, I served District Judge Laura T. Swain's **ENDORSED MEMO** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:  Becom Real, Inc.
     752 Pomander Walk
     Teaneck, NJ 07666

                                             _____
                                             IAN K. HENDERSON

Sworn to before me this
23rd day of August, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No.02FU6104740
Qualified in New York County
Commission Expires January 26, 20 08