| FRANK DURKAN | O'DWYER & BERNSTIEN, LLP | PAUL O'DWYER (1907-1998) |
| BRIAN O'DWYER | ATTORNEYS AT LAW | OSCAR BERNSTIEN (1885-1974) |
| GARY SILVERMAN | PAUL O'DWYER WAY | |
| CHRISTOPHER DOWNES* | 52 DUANE STREET | OF COUNSEL: |
| VICTOR GRECO | NEW YORK, N.Y. 10007 | THOMAS J. HUGHES, JR. |
| CODY K. McCONE | (212) 571-7100 | ANNE M. PAXTON |
| GARY P. ROTHMAN* | (516) 248-4224 | MICHAEL CARROLL |
| | FAX (212) 571-7124 | CRAIG R. NUSSBAUM |
| STEVEN ARIPOTCH | | |
| J. P. DELANEY | | ° ALSO ADMITTED IN NJ |
| DAVID H. SCHULTZ** | | ** ALSO ADMITTED IN CT |
| RAÚL GARCÍA | | * ALSO ADMITTED IN PA & NJ |
| ANGÉLIQUE NORTON | | |
| ROBERT DUNNE | | WRITER'S DIRECT DIAL |
| JASON S. FUIMAN° | | |
| M. GLADYS T. ORANGA | | |
| ANDREW R. GRABOIS | | |
| NICHOLAS S. HANLON | | |
| HELEN WROBEL | | |

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED: AUG 2 2 2007**

July 30, 2007    **MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

By Fax: 212-805-0426
Honorable Laura T. Swain
United States District Court
500 Pearl Street, Room 755
New York, New York 10007

Re:  New York City District Council of Carpenters Pension Fund, et al. v.
     Becom Real, Inc.
     **07 CV 4027 (LTS)(MHD)**

Dear Judge Swain:

We represent plaintiffs in the above referenced matter. I am writing to request an application for default judgment against defendants. The defendant has neither answered nor made an appearance with respect to the complaint which was served on May 29, 2007. No previous requests for a default judgment have been made.

Thank you in advance for your assistance in this matter.

Respectfully yours,

O'DWYER & BERNSTIEN, LLP

ANDREW GRABOIS

cc: Becom Real, Inc.
    752 Pomander Walk
    Teaneck, NJ 07666

*Permission to pursue the July 24, 2007 default judgment application is granted. Any opposition shall be filed and served by September 7, 2007.* SO ORDERED.

8/20/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE